IN THE COUNTY COURT IN AND FOR ST. JOHN'S COUNTY, FLORIDA

MELISSA STONE,
    Plaintiff

vs.

CASE NO.:

DIVISION:

REC'D JAN 02 2009

3:09-cv-362-J-34TEM

CAPITAL ONE SERVICES, INC.
    Serve on:

> Corporation Service Company
> 1201 Hays St.
> Tallahassee, Florida 32301

and

NCO FINANCIAL SYSTEMS, INC.
    Serve on:

> C T Corporation System
> 1200 South Pine Island Road
> Plantation, Florida 33324

and

LVNV Funding, LLC
    Serve on:

> C T Corporation System
> 1200 South Pine Island Road
> Plantation, Florida 33324

and

Alliance One Receivables Management, Inc.
    Serve on:

> C T Corporation System
> 1200 South Pine Island Road
> Plantation, Florida 33324

    Defendants.
_____/

## Complaint for Injunctive Relief and Damages

Melissa Stone, by her undersigned attorney, hereby sues Capital One Services, Inc. ("Creditor") and NCO Financial Systems Inc. ("NCO"), LVNV Funding, LLC, (LVNV) and Alliance One Receivables Management, Inc. (Alliance One) (NCO, LVNV and Alliance One are collectively

1

referred to as "Collection Agencies") and for her Complaint states as follows:

1. This is an action for damages not in excess of $15,000.00, exclusive of costs, interests and attorney's fees.

2. Plaintiff is a resident of Florida.

3. Creditor and Collection Agencies are entities qualified to do business in Florida.

### COUNT I - Unlawful Collection Practices by Creditor

4. Ms. Stone had an outstanding debt to Creditor, which she was unable to pay.

5. On February 28, 2008, Ms. Stone, through counsel, advised Creditor that she was represented by counsel and requested that Creditor cease all direct contact with her. A true and correct copy of the fax confirmation of that communication is attached hereto as Exhibit A.

6. The February 28, 2008 letter to Creditor placed Creditor on notice that: (a) Ms. Stone was represented by counsel with regard to the debt, and (b) Ms. Stone did not wish to be contacted directly again.

7. Creditor willfully communicated with Ms. Stone through its agents, Collection Agencies, by means of repeated telephone calls to Ms. Stone's place of employment and other telephone numbers during the month of September 2008, and by letters dated April 7, 2008 and October 17, 2008 (Exhibit B).

8. The activities of Creditor constitute illegal collection practices prohibited by the Florida Consumer Collection Practices Act, Fl. Stat. §559.72(17) and (18).

WHEREFORE, Plaintiff, Melissa Stone, demands judgment against Defendant, Capital One Services, Inc., for actual and statutory damages together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

### COUNT II – Unlawful Collection Practices by Collection Agencies

9. Ms. Stone incorporates the allegations of paragraphs 5 through 8, above.

2

10. Collection Agencies willfully communicated with Ms. Stone by sending her the April 7, 2008 and October 17, 2008 letters and placing numerous telephone calls even though she was known to be represented by counsel and had requested that direct contact with her cease.

11. The communications from Collection Agencies to Ms. Stone constitute illegal collection practices under the Florida Consumer Collection Practices Act, Fla. Stat. §559.72 and the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692c.

WHEREFORE, Plaintiff, Melissa Stone, demands judgment against Defendants, NCO Financial Systems, Inc., LVNV Funding, LLC, and Alliance One Receivables Management, Inc. for actual and statutory damages together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

## COUNT III – Injunctive Relief

12. Ms. Stone incorporates by reference paragraphs 5 through 8 of this Complaint.

13. Ms. Stone will be irreparably damaged should Creditor and Collection Agencies continue their illegal and harassing communications to her.

WHEREFORE, Plaintiff, Melissa Stone, demands judgment against Defendants, Capital One Services, Inc., NCO Financial Systems, Inc., LVNV Funding, LLC, and Alliance One Receivables Management, Inc., permanently enjoining them, their officers, directors, agents, attorneys, and employees, and anyone acting in concert with them, from contacting Ms. Stone or any other person in connection with the alleged debt, and awarding Ms. Stone punitive damages, pre- and post-judgment interest, attorneys fees and costs of suit.

WENDELL FINNER, Florida Bar No. 0093882
234 Ninth Avenue South
Jacksonville Beach, Florida 32250-6537
(904) 242-7070
*Attorney for Plaintiff*